UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICKEY WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>        Defendants. | Case No. 20-cv-03801-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Rickey Williams filed this action on June 9, 2020. Dkt. No. 1. The Court granted Mr. Williams's application to proceed in forma pauperis and screened his complaint pursuant to 28 U.S.C. § 1915(e). Dkt. No. 6. The Court ordered Mr. Williams to file an amended complaint by June 29, 2020, but he has not done so. Nor has Mr. Williams filed his consent or declination to magistrate judge jurisdiction as directed.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962).

Accordingly, Mr. Williams is directed to file a written response to this order by **July 7, 2020** to show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 2, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge